CLOSED,JURY

# U.S. District Court
## Southern District of Ohio (Columbus)
### CIVIL DOCKET FOR CASE #: 2:21−cv−04028−MHW−KAJ

| | |
|---|---|
| Architectural Busstrut Corporation v. Smith LC et al | Date Filed: 07/28/2021 |
| Assigned to: Judge Michael H. Watson | Date Terminated: 02/08/2022 |
| Referred to: Magistrate Judge Kimberly A. Jolson | Jury Demand: Plaintiff |
| Demand: $75,000 | Nature of Suit: 380 Personal Property: Other |
| Cause: 28:1332 Diversity − Legal Malpractice | Jurisdiction: Diversity |

**Plaintiff**

**Architectural Busstrut Corporation**  represented by  **Emmett E. Robinson**
Robinson Law Firm LLC
16 W. Main St. #3
Wakeman, OH 44889
216−505−6900
Fax: 216−649−0508
Email: erobinson@robinsonlegal.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Smith LC**  represented by  **Sean M. Kohl**
4 Park Plaza                                1900 Bethel Rd.
Suite 1050                                   Columbus, OH 43220
Irvine, CA 92614                       (614) 763−5113
949.416.5000                            Fax: (937) 813 6057
Email: SEAN@KOHLCOOK.COM
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Stewart Clifford**
Smith Lc
4 Park Plaza
Suite 1050
Irvine, CA 92614
949−416−5000
Fax: 949−416−5555
Email: jclifford@smith−lc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steven C. Smith**  represented by  **Sean M. Kohl**
Smith LC                                    (See above for address)
4 Park Plaza                                *LEAD ATTORNEY*
Suite 1050                                   *ATTORNEY TO BE NOTICED*
Irvine, CA 92614

| | | |
|---|---|---|
| 949.416.5000 | | **John Stewart Clifford**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Douglas M. Campbell**<br>Smith LC<br>4 Park Plaza<br>Suite 1050<br>Irvine, CA 92614<br>949.416.5000 | represented by | **Sean M. Kohl**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Stewart Clifford**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

Email All Attorneys

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2021 | Ï 1 | COMPLAINT with JURY DEMAND against All Defendants ( Filing fee $ 402 paid – receipt number: AOHSDC–8423494), filed by Architectural Busstrut Corporation. (Attachments: # 1 Civil Cover Sheet) (Robinson, Emmett) (Entered: 07/28/2021) |
| 07/28/2021 | Ï 2 | Corporate Disclosure Statement by Plaintiff Architectural Busstrut Corporation. (Robinson, Emmett) (Entered: 07/28/2021) |
| 09/21/2021 | Ï 3 | MOTION to Dismiss for Lack of Jurisdiction by Defendants Douglas M. Campbell, Steven C. Smith, Smith LC. (Attachments: # 1 Exhibit 1– Declaration of Steven Smith, # 2 Exhibit 2– Declaration of Douglas Campbell) (Kohl, Sean) (Entered: 09/21/2021) |
| 09/22/2021 | Ï 4 | NOTICE of Hearing: Pretrial Conference set for 10/14/2021 10:45 AM in Teleconference before Magistrate Judge Kimberly A. Jolson. (jr) (Entered: 09/22/2021) |
| 09/23/2021 | Ï 5 | MOTION for Leave to Appear Pro Hac Vice **(FILING FEE PAID)** of John S. Clifford by Defendants Douglas M. Campbell, Steven C. Smith, Smith LC. (Attachments: # 1 Exhibit 1– Declaration of John Clifford) (Kohl, Sean) Modified text on 9/27/2021 (jlk). (Entered: 09/23/2021) |
| 09/27/2021 | Ï 6 | Notice of Deficiency re: The motion does not contain certificate of good standing. Related Document: 5 MOTION for Leave to Appear Pro Hac Vice **(FILING FEE PAID)** of John S. Clifford filed by Smith LC, Steven C. Smith, Douglas M. Campbell. Deficiency Deadline by 10/12/2021. (er) Modified text on 9/27/2021 (jlk). (Entered: 09/27/2021) |
| 09/27/2021 | Ï | PHV Filing fee: $ 200.00, receipt number 200COL067195. (jlk) (Entered: 09/27/2021) |
| 09/29/2021 | Ï 7 | MOTION for Leave to Appear Pro Hac Vice **(FILING FEE DUE)** of John S. Clifford by Defendants Douglas M. Campbell, Steven C. Smith, Smith LC. (Attachments: # 1 Exhibit 1– Declaration of John Clifford, # 2 Exhibit 2– Certificate of Good Standing) (Kohl, Sean) (Entered: 09/29/2021) |
| 09/29/2021 | Ï 8 | Notice of Deficiency on The submitted certificate not being from the highest court of a State in regard to doc 7 MOTION for Leave to Appear Pro Hac Vice of John S. Clifford. Deficiency Deadline by 10/13/2021. (er) (Entered: 09/29/2021) |
| 10/05/2021 | Ï 9 | NOTICE by Defendant Smith LC re 7 MOTION for Leave to Appear Pro Hac Vice **(FILING FEE DUE)** of John S. Clifford *Certificate of Good Standing* (Kohl, Sean) (Entered: 10/05/2021) |

| | | |
|---|---|---|
| 10/07/2021 | Ï 10 | RULE 26(f) REPORT by Plaintiff Architectural Busstrut Corporation. (Robinson, Emmett) (Entered: 10/07/2021) |
| 10/08/2021 | Ï 11 | NOTATION ORDER – In light of the Rule 26(f) Report of the parties, the Court VACATES the Preliminary Pretrial Conference set for 10/14/21. The conference will be reset, if needed, following a ruling on Defendants' motion to dismiss. Signed by Magistrate Judge Kimberly A. Jolson on 10/8/21. (jr) (Entered: 10/08/2021) |
| 10/12/2021 | Ï 12 | AMENDED COMPLAINT against Douglas M. Campbell, Steven C. Smith, Smith LC, filed by Architectural Busstrut Corporation. (Robinson, Emmett) (Entered: 10/12/2021) |
| 10/14/2021 | Ï | NOTATION ORDER granting 5 Motion for Leave to Appear Pro Hac Vice of John S. Clifford. PHV Counsel is directed to register for e–filing through PACER unless they have done so previously. Signed by Magistrate Judge Kimberly A. Jolson on 10/14/2021. (er) (Entered: 10/14/2021) |
| 10/15/2021 | Ï | NOTATION ORDER terminating as moot 3 Motion to Dismiss for Lack of Jurisdiction by Judge Michael H. Watson on 10/15/2021. (jk) (Entered: 10/15/2021) |
| 10/26/2021 | Ï 13 | MOTION to Dismiss for Lack of Jurisdiction *First Amended Complaint* by Defendants Douglas M. Campbell, Steven C. Smith, Smith LC. (Clifford, John) (Entered: 10/26/2021) |
| 11/16/2021 | Ï 14 | RESPONSE in Opposition re 13 MOTION to Dismiss for Lack of Jurisdiction *First Amended Complaint* filed by Plaintiff Architectural Busstrut Corporation. (Attachments: # 1 Exhibit A – Declaration) (Robinson, Emmett) (Entered: 11/16/2021) |
| 12/01/2021 | Ï 15 | REPLY to Response to Motion re 13 MOTION to Dismiss for Lack of Jurisdiction *First Amended Complaint* filed by Defendants Douglas M. Campbell, Steven C. Smith, Smith LC. (Clifford, John) (Entered: 12/01/2021) |
| 12/01/2021 | Ï 16 | Unopposed MOTION for Leave to File *to Consider Reply Brief as Timely Filed* by Defendants Douglas M. Campbell, Steven C. Smith, Smith LC. (Attachments: # 1 Text of Proposed Order Granting Leave) (Kohl, Sean) (Entered: 12/01/2021) |
| 12/02/2021 | Ï 17 | NOTATION ORDER granting 16 Motion for Leave to Consider Reply Brief Timely Filed. Signed by Magistrate Judge Kimberly A. Jolson on 12/2/21. (jr) (Entered: 12/02/2021) |
| 02/08/2022 | Ï 18 | OPINION and ORDER granting 13 Motion to Dismiss for Lack of Jurisdiction. Signed by Judge Michael H. Watson on 2/8/2022. (jk) (Entered: 02/08/2022) |
| 02/08/2022 | Ï | Case transferred to District of Central District of California. Case file and docket sheet sent Electronically. (jk) (Entered: 02/08/2022) |