UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 22-00198-CJC (DFMx) | Date | February 22, 2022 |
|---|---|---|---|
| Title | Architectural Busstrut Corporation v. Smith LC et al | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Dajanae Carrigan/Rolls Royce Paschal
Deputy Clerk

None Present
Court Reporter

Attorneys Present for Plaintiffs:
None Present

Attorneys Present for Defendants:
None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [28], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

Initials of Deputy Clerk   dca/rrp